UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELSEY ROSSI,

              Plaintiff,

v.                             CASE NO. 8:13-cv-2611-T-33AEP

DEPUTY RAYMOND DAMRON #2590,
ET AL.,

              Defendants.

_____/

**ORDER**

This matter is before the Court upon consideration of the report and recommendation of the Honorable Anthony E. Porcelli, United States Magistrate Judge (Doc. # 35), which was filed on June 30, 2014, recommending that Defendants' Motions to Dismiss (Doc. ## 16, 17) be granted in part and denied in part. No objections have been filed, and the time to file objections has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>, 681 F.2d 732, 732 (11th Cir. 1982), <u>cert. denied</u>, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993),

and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

The Court has conducted an independent examination of the file and upon due consideration, the Court accepts and adopts the report and recommendation.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. # 35) is **ACCEPTED** and **ADOPTED.**

(2) Deputy Damron's Motion to Dismiss (Doc. # 16) is **GRANTED IN PART AND DENIED IN PART** as follows:

    (a) All claims against Deputy Damron, in his official capacity, are dismissed.

    (b) The claim for punitive damages against Deputy Damron is **STRICKEN.**

    (c) The Motion to Dismiss is otherwise denied.

(3) Deputy Ruiz, Sheriff Knight, and Sarasota County's Motion

to Dismiss (Doc. # 17) is **GRANTED IN PART AND DENIED IN PART** as follows:

(a)  All claims against Deputy Ruiz, in his official capacity, are dismissed.

(b)  All claims against Sheriff Knight, in his individual capacity, are dismissed.

(c)  All claims against Sarasota County are dismissed.

(d)  The claims for punitive damages against Deputy Ruiz and Sheriff Knight are **STRICKEN**.

(e)  the Motion to Dismiss (Doc. # 17) is otherwise denied.

(4)  Rossi is granted leave to file a Second Amended Complaint in conformity with this Order by **July 31, 2014**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>18th</u> day of July, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record